IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TITUS ET AL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF VETERANS AFFAIRS ET AL, <br><br> Defendant. <br> _____ / | No. C 10-02795 SI <br><br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>March 18, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 24, 2011</u>.

DESIGNATION OF EXPERTS: <u>pltf: 5/6/11, deft.: 5/23/11</u>; REBUTTAL: <u>6/3/11</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 24, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>July 8, 2011</u>;

Opp. Due <u>July 22, 2011</u>; Reply Due <u>July 29, 2011</u>;

and set for hearing no later than <u>August 12, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 20, 2011</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>October 3, 2011</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate judge for settlement purposes. The settlement conference shall occur during the first week in March 2011.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge