**SANFORD I. HOROWITZ, ESQ., Bar No. 129699**
Attorney at Law
10 Maple Street, Suite 303
Sonoma, CA 95476
Telephone: (707) 996-4580
Facsimile: (707) 996-3141

    Attorney for Plaintiffs GEORGE WALTER TITUS by and through his Successor-in-Interest LUCIE TITUS and LUCIE TITUS, individually

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7264
    Facsimile:   (415) 436-6748
    Email:       abraham.simmons@usdoj.gov

    Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE WALTER TITUS by and , through his successor-in-interest LUCIE TITUS and LUCIE TITUS, individually,<br><br>           Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, VETERANS AFFAIRS NORTHERN CALIFORNIA HEALTH CARE SYSTEM (VANCHSC), CENTER for, REHABILITATION & EXTENDED CARE(Martinez), MATTHEW TITUS as a nominal defendant,<br><br>           Defendants. | No. C 10-02795-SI (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE ADR PROCEDURES** |

1	The parties hereby jointly stipulate and request that the Court grant an extension of time to complete the alternative dispute resolution procedures in this case.  This request is based upon the following:

2	1.	This Court's Scheduling Order dated November 15, 2010, notes that the settlement conference "shall occur during the first week in March 2011."

3	2.	The parties have exchanged significant written discovery and have concluded several depositions, however, certain key depositions remain to be taken in order for the parties to properly evaluate this case for settlement.

4	3.	The parties currently are scheduled to appear at a settlement conference before Magistrate Judge Ryu on March 4, 2011.  The parties are unable to complete the depositions before this date.

5	4.	Magistrate Judge Ryu's clerk has indicated that the Magistrate has March 17, 2011 available to conduct a settlement conference in this case.  The date is acceptable to the parties and would allow the depositions to be completed in time to have the information included for a proper evaluation of this case.

Accordingly, the parties do hereby stipulate, agree and request that the Court Order that the parties shall have until March 17, 2011 to complete the Settlement Conference in this case.

Respectfully submitted,

LAW OFFICES OF			MELINDA HAAG
SANFOR I. HOROWITZ		United States Attorney

Dated: February 28, 2011		/s/				/s/
					SANFORD I. HOROWITZ		ABRAHAM A. SIMMONS
					Attorneys for Plaintiffs		Assistant United States Attorney

**[PROPOSED] ORDER**

It is so **Ordered.**  The time within which the parties must complete the settlement conference in this case is extended to March 17, 2011.

Dated:  3/1/11

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE ADR
No. C 10-02795-SI					2