**SANFORD I. HOROWITZ, ESQ., Bar No. 129699**
Attorney at Law
10 Maple Street, Suite 303
Sonoma, CA 95476
Telephone: (707) 996-4580
Facsimile: (707) 996-3141
E-mail: horowitzelderlaw@gmail.com

Attorney for Plaintiffs GEORGE WALTER TITUS by and through his Successor-in-Interest LUCIE TITUS and LUCIE TITUS, individually

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| GEORGE WALTER TITUS by and through his successor-in-interest LUCIE TITUS and LUCIE TITUS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, MATTHEW TITUS as a nominal defendant,<br><br>Defendants. | No. C 10-02795-SI<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Counsel report that they have met and conferred regarding continuing the Case Management Conference.

The parties agree to stipulate to the following.

1. Both Plaintiff and Defendant's Counsel stipulate to file together this Stipulation to continue the Case Management Conference from March 25 at 3:00 p.m. to April 8, 2011 at 3:00 p.m..

Stipulation and Order to Continue CMC   C10-02795 SI                1

IT IS SO STIPULATED.

Dated:                                              Dated:

/s/
_____            _____
SANFORD I. HOROWITZ                    ABRAHAM SIMMONS
Attorney for Plaintiffs                Deputy U.S. District Attorney
                                       Attorney for Defendant

[PROPOSED] ORDER

Pursuant to the Stipulation above, the Case Management Conference in this matter is hereby continued to ____4/8/11_____ , 2011.

IT IS SO ORDERED.

Dated:   3/21/11

_____
SUSAN ILLSTON
UNITED STATES DISTRICT
COURT JUDGE