```
1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  ABRAHAM A. SIMMONS (SBN 146400)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       San Francisco, California 94102-3495
        Telephone:   (415) 436-7264
6       Facsimile:   (415) 436-6748
        Email:       abraham.simmons@usdoj.gov
7
   Attorneys for United States of America
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
   GEORGE WALTER TITUS by and through )  No. C 10-02795 SI
12 his successor-in-interest LUCIE TITUS and )
   LUCIE TITUS, individually,          )
13                                     )  STIPULATION OF DISMISSAL WITH
                        Plaintiffs,    )  PREJUDICE PURSUANT TO
14                                     )  SETTLEMENT
              v.                       )
15                                     )
   UNITED STATES OF AMERICA,           )
16 MATTHEW TITUS as a nominal defendant,)
                                       )
17                      Defendants.    )
```

**IT IS SO ORDERED**

*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiffs and defendant United States of America, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for Compromise Settlement and Release and Order, Document 37, filed May 13, 2011, in this action.

DATED: February 27, 2012

LAW OFFICES OF
SANFORD I. HOROWITZ

_____
SANFORD I. HOROWITZ
Attorney for Plaintiffs

DATED: February __, 2012

MELINDA HAAG
United States Attorney

_____
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorney for United States of America

STIPULATION OF DISMISSAL
C 10-02795 SI

2